*In The*
# United States Court of Appeals
*for the*
# Third Circuit

---

Case No. 13-2446

JOHN THORPE;
SAC AND FOX NATION OF OKLAHOMA;
WILLIAM THORPE; RICHARD THORPE

v.

BOROUGH OF JIM THORPE; MICHAEL SOFRANKO;
RONALD CONFER; JOHN MCGUIRE; JOSEPH MARZEN;
W. TODD MASON; JEREMY MELBER; JUSTIN YAICH;
JOSEPH KREBS; GREG STRUBINGER; KYLE SHECKLER;
JOANNE KLITSCH

Borough of Jim Thorpe,

*Appellant-Cross Appellee*

*(continuation of caption on next page)*

---

*Appeal from an Order entered from the
United States District Court for the Middle District of Pennsylvania*

## MOTION TO FILE AMICUS BRIEF ON BEHALF OF APPELLANT-CROSS APPELLEE AT 13-2446

DANIEL H. WHEELER
610 MONTGOMERY SCHOOL LANE
WYNNEWOOD, PA 19096
(610) 664-2431

*Attorneys for Michael Koehler and John Thorpe*

CP    COUNSEL PRESS • (888) 700-3226

Case No. 13-2451

JOHN THORPE;
SAC AND FOX NATION OF OKLAHOMA;
WILLIAM THORPE; RICHARD THORPE

v.

BOROUGH OF JIM THORPE; MICHAEL SOFRANKO;
RONALD CONFER; JOHN MCGUIRE; JOSEPH MARZEN;
W. TODD MASON; JEREMY MELBER; JUSTIN YAICH;
JOSEPH KREBS; GREG STRUBINGER; KYLE SHECKLER;
JOANNE KLITSCH

Sac and Fox Nation of Oklahoma, William Thorpe,
Richard Thorpe,
*Appellants-Cross Appellee.*

_____

Michael Koehler and John Thorpe, by their undersigned counsel, hereby submit this motion, pursuant to Fed.R.App.P. 28, for permission to file a brief *amicus curiae* under Fed.R.App.P. 29(b).

1. This matter involves the gravesite of the legendary athlete Jim Thorpe, who was buried by his family in the newly re-named Borough of Jim Thorpe in 1957. The district court held that the Borough should be considered a "museum" under the Native American Graves Protection and Repatriation Act, 25 U.S. C. §§ 3001 to 3013 (2013) ("NAGPRA"), and that the remains of Jim Thorpe are subject to NAGPRA's "repatriation" provisions, *i.e.*, that he can be disinterred and moved to wherever the plaintiffs choose.

2. Proposed *amici* Michael Koehler and John Thorpe are the grandsons of Jim Thorpe from his first marriage. Jim Thorpe was married three times.

3. The two individual plaintiffs in this lawsuit are the sons of Jim Thorpe from his second marriage, and are thus the uncles of Michael Koehler and John Thorpe.

4. The plaintiffs in this matter, including the uncles of Michael Koehler and John Thorpe, would not consent to the filing of this *amicus* brief.

5. Accordingly, under Fed.R.App.P. 29(a), the Thorpe grandsons seek permission to file a brief in support of the Borough of Jim Thorpe's appeal. They support reversal of the district court's decision that NAGPRA applies to their grandfather's remains, and possibly to their own remains as well.

6.	Rule 29 requires a movant to demonstrate: (a) his or her interest in the case; (b) the reason why an *amicus* brief is desirable; and, (c) why the matters asserted are relevant to the disposition of the case.

7.	This Court has previously adopted an inclusive standard regarding the submission of *amicus* briefs under Rule 29. *See Neonatology Associates, P.A. v. C.I.R.*, 293 F.3d 128, 133 (3d Cir. 2002) ("I think that our court would be well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted.").

8.	The Thorpe grandsons easily satisfy the first of Rule 29's requirements. Their interest in this case involves the ultimate resting place of their grandfather, and the decision below could also impact future burial decisions in their family. It is difficult to imagine a party with greater interest.

9.	Given the importance of this case to the Thorpe grandsons, the entire Thorpe family, and to every other person of Native American heritage, an *amicus* brief would be highly desirable and could be helpful. This is a complex appeal implicating several unique issues. The proposed brief of the Thorpe grandsons addresses only one of those issues, the application of NAGPRA. This is an issue of national importance and *amicus* briefing can only help to focus and clarify the matter.

10. The application of NAGPRA is of paramount importance to the disposition of this case. If NAGPRA does not apply, none of the other claims and arguments need even be considered. The Thorpe grandsons believe that NAGPRA was enacted to protect Native American gravesites and force museums to return looted remains and artifacts to families and tribes. It was never meant to apply to their grandfather.

11. For all of these reasons, Michael Koehler and John Thorpe respectfully request that their motion be granted, and that they be permitted to file the brief attached to this motion.

12. Should their motion be granted, Michael Koehler and John Thorpe further request the opportunity to participate in oral argument (if scheduled), provided their participation does not diminish the time otherwise allotted to the Borough.

                Respectfully submitted,

Dated: September 30, 2013      /s/ Daniel H. Wheeler
                                       Daniel H. Wheeler
                                       (Attorney ID #66884)
                                       610 Montgomery School Lane
                                       Wynnewood, PA  19096
                                       610-664-2431

                                       Counsel for Michael Koehler and
                                       John Thorpe

**AFFIDAVIT OF SERVICE**

DOCKET NO. 13-2446
-------------------------------------------------------------------------------X
Borough of Jim Thorpe

      vs.

John Thorpe
-------------------------------------------------------------------------------X


    I, Elissa Matias , swear under the pain and penalty of perjury, that according to law and being over the age of 18, upon my oath depose and say that:

    on September 30, 2013

    I served the **Motion to File Amicus Brief on Behalf of Appellant-Cross Appellee at 13-2446** within in the above captioned matter upon:

Charles L. Riddle, Esq.
Riddle Patent Law
Suite 200
434 Lackawanna Avenue
Scranton, PA 18503
charles@charleslriddle.com
(570) 344-4439

Christopher G. Fusco, Esq.
cfusco@callahanfusco.com
Callahan & Fusco
72 Eagle Rock Avenue, Suite 320
East Hanover, NJ 07936
(973) 618-9770

Daniel E. Gomez, Esq.
dgomez@cwlaw.com
Stephen R. Ward, Esq.
sward@cwlaw.com
Conner & Winters
One Williams Center
Suite 4000
Tulsa, OK 74172
 (918) 586-8984

via **electronic filing and electronic service.**

**Sworn to before me on September 30, 2013**

/s/ Robyn Cocho                                                        /s/ Elissa Matias
_____         _____
Robyn Cocho                                                            Elissa Matias
Notary Public State of New Jersey
No. 2193491
Commission Expires January 8, 2017

                                                                                  Job # 249638